# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE FELICIANO, | : |
|     Plaintiff, | : CIVIL ACTION |
| v. | : |
| THOMAS DOHMAN, et al. | : NO. 12-4713 |
|     Defendants. | : |

## ORDER

**AND NOW**, this *25th* day of *March*, 2013, upon consideration of the Motion by Defendants Thomas Dohman, William Radle, David DiGuglielmo, Deputy Lorenzo, and Sargeant Curan to Dismiss Plaintiff's Complaint (Docket No. 9) and Plaintiff Jose Feliciano's Response (Docket No. 13), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendants' Motion to Dismiss all claims against the Defendants in their official capacities is **GRANTED**;

2. Defendants' Motion to Dismiss Plaintiff's access to courts claim is **GRANTED**;

3. In all other respects, Defendants' Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.