IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE FELICIANO, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  12-4713 |
| THOMAS DOHMAN, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *17th* day of *November*, 2014, upon consideration of the Motion for Summary Judgment by David DiGuglielmo, Michael Lorenzo, Thomas Dohman, William Radle, and Patrick Curran (collectively, "Defendants") (Docket No. 36), the Response of Plaintiff Jose Feliciano (Docket No. 50), and Plaintiff's Motion for Leave to Supplement Response and File Exhibit "G" (Docket No. 51), its is hereby **ORDERED** that:

1. Plaintiff's Motion to Supplement Response and File Exhibit "G" is **GRANTED**;

2. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;

3. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims in the Complaint; and

4. This case is **CLOSED**.[1]

---

[1] Plaintiff also has a pending Petition for Appointment of Counsel to Assist Plaintiff in Preparing and Conducting the Deposition of Witness Officer Kimberly M. Ballard (Docket No. 48).  This Petition asks that the Court appoint counsel to assist him with a deposition that the Court allowed in an Order dated October 1, 2013.  Aside from the fact that this Petition is completely untimely and was filed a year after the Order allowing the deposition to proceed and almost six months after the Motion for Summary Judgment, the Court is unclear as to the pertinence of this deposition.  Plaintiff contends that Officer Ballard can provide relevant

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

testimonial evidence establishing Defendants' practice of targeting and falsely accusing minority officers of wrongdoing, as well as evidence of Defendant Dohman's discriminatory practices. Plaintiff's Complaint, however, contains no allegations of racial discrimination against either minority officers or minority prisoners. Accordingly, the Court denies Plaintiff's Petition.